UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TRAVIS M. WILLIAMS, SR.**                                       **CIVIL ACTION**

**VERSUS**                                                        **NO: 04-3116**

**SOCIAL SECURITY ADMINISTRATION**                                **SECTION: "B" (4)**

ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date no objections to the Magistrate Judge's Report and Recommendation have been filed, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Travis Williams, Sr., Disability Insurance Benefits be **REVERSED** and **REMANDED** for further development of the record in compliance with SSR 96-7p, 20 C.F.R. § 404.1512, and SSR 96-8p. The ALJ is further required to secure a orthopedic consultant and have a Physical Residual Functional Capacity Examination completed by an accepted medical source upon remand.

New Orleans, Louisiana, this 29th day of August, 2006

UNITED STATES DISTRICT JUDGE